THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LONE STAR TARGETED ADVERTISING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> POINT-IT!, INC. <br><br> Defendant. | No. C19-154 RSM <br><br> STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DEADLINES |

    The Parties, by and through their attorneys of record, hereby file this stipulated motion seeking an extension of the deadline for Defendant to Answer the Complaint, and to accordingly extend the deadlines for the discovery conference and Joint Status Report.

    Plaintiff served Defendant with an amended complaint for patent infringement on March 20, 2019. Defendant requires additional time to investigate Plaintiff's claims, and thus seeks a 30-day extension of the Answer deadline to May 8, 2019. Plaintiff stipulates to this extension. Moreover, the initial deadlines set by the Court for a Rule 26(f) conference, Initial Disclosures and Joint Status Report passed before Defendant was served with the

STIPULATED MOTION AND ORDER TO
EXTEND CERTAIN DEADLINES
(2:19-CV-0154) – 1

**Peterson Baker PS**
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Tel. 206-257-3367
Fax 206-257-3371

Complaint. The Parties therefore seek an extension of these three deadlines to align with the new deadline for Defendant to answer Plaintiff's Complaint. Proposed deadlines are identified in the proposed order contained below.

For the foregoing reasons, the Parties respectfully ask the Court to grant this stipulated motion and extend the case schedule in accordance with the proposed order below.

DATED this 10th day of April 2019.   PETERSON BAKER PS

By: /s/ Tyler C. Peterson
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorneys for Defendants

By /s/ John A. Lee
John A. Lee, WSBA No. 35,550
jlee@banishlaw.com
Banie & Ishimoto LLP
3705 Haven Ave., #137
Menlo Park, CA 94025
T: 650.241.2774
F: 650.241.2770

Attorney for Plaintiff
Lone Star Targeted Advertising, LLC

STIPULATED MOTION TO EXTEND
CERTAIN DEADLINES
(2:19-CV-0154) – 2

**Peterson Baker PS**
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Tel. 206-257-3367
Fax 206-257-3371

# ORDER

Based on the foregoing, IT IS SO ORDERED that Defendants have until May 8, 2019, to answer or otherwise respond to Plaintiff's Amended Complaint. IT IS FURTHER ORDERED that the initial discovery deadlines set by the Court are reset as follows:

| *Deadline* | *Date* |
| --- | --- |
| Rule 26(f) conference | May 15, 2019 |
| Initial Disclosures | May 29, 2019 |
| Joint Status Report | June 5, 2019 |

DATED this 12th day of April 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

PETERSON BAKER PS

By: /s/ Tyler C. Peterson
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorneys for Defendant

STIPULATED MOTION TO EXTEND
CERTAIN DEADLINES
(2:19-CV-0154) – 3

**Peterson Baker PS**
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Tel. 206-257-3367
Fax 206-257-3371