THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LONE STAR TARGETED ADVERTISING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>POINT-IT!, INC.<br><br>Defendant. | No. 2:19-CV-00154<br><br>STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DEADLINES |

The Parties, by and through their attorneys of record, hereby file this stipulated motion seeking an extension of the deadline for Defendant to Answer the Complaint.

Plaintiff served Defendant with an amended complaint for patent infringement on March 20, 2019 and the deadline was previously extended by thirty days to give Defendant an opportunity to investigate Plaintiff's claims. Plaintiff is currently negotiating a settlement with a non-party that would include an agreement to dismiss this case. Although Plaintiff and the non-party have made significant progress, additional time is required to finalize an

STIPULATED MOTION AND ORDER TO
EXTEND ANSWER DEADLINE
(2:19-CV-0154) – 1

agreement. The Parties therefore seek an extension of three additional weeks to allow for further negotiations.

The Parties therefore respectfully request that the Answer deadline be extended from May 8, 2019 to May 29, 2019, in accordance with the proposed order submitted below.

DATED this 7th day of May 2019.

PETERSON BAKER PS

By: /s/ *Tyler C. Peterson*
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorneys for Defendants

By */s/ John A. Lee* (with permission)
John A. Lee, WSBA No. 35,550
jlee@banishlaw.com
Banie & Ishimoto LLP
3705 Haven Ave., #137
Menlo Park, CA 94025
T: 650.241.2774
F: 650.241.2770

Attorney for Plaintiff
Lone Star Targeted Advertising, LLC

STIPULATED MOTION TO EXTEND
ANSWER DEADLINE
(2:19-CV-0154) – 2

## **ORDER**

Based on the foregoing, IT IS SO ORDERED that Defendants have until May 29, 2019, to answer or otherwise respond to Plaintiff's Amended Complaint.

DATED this 10th day of May 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE