THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LONE STAR TARGETED ADVERTISING, LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>POINT-IT!, INC.<br><br>           Defendant. | No. C19-154 RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DEADLINES |

The Parties, by and through their attorneys of record, hereby file this stipulated motion seeking an extension of the deadline for Defendant to Answer the Complaint, exchange initial disclosures and file a Joint Status Report.

Plaintiff served Defendant with an amended complaint for patent infringement on March 20, 2019. Plaintiff is currently negotiating a settlement with a non-party that would include an agreement to dismiss this case. Although Plaintiff and the non-party have made significant progress, additional time is required to finalize an agreement. The Parties therefore seek an extension of three additional weeks to allow for further negotiations.

STIPULATED MOTION AND ORDER TO
EXTEND ANSWER DEADLINE
(2:19-CV-0154) – 1

The Parties therefore respectfully request that all current deadlines in this case be extended by three weeks as shown in the table below. The Parties expect this will be the last request to extend the Answer deadline.

| *Deadline* | *Date* |
|---|---|
| Answer or respond to Complaint | June 19, 2019 |
| Initial Disclosures | June 19, 2019 |
| Joint Status Report | June 26, 2019 |

DATED this 29th day of May 2019.

PETERSON BAKER PS

By: /s/ *Tyler C. Peterson*
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorneys for Defendants

By */s/ John A. Lee* (with permission)
John A. Lee, WSBA No. 35,550
jlee@banishlaw.com
Banie & Ishimoto LLP
3705 Haven Ave., #137
Menlo Park, CA 94025
T: 650.241.2774
F: 650.241.2770

Attorney for Plaintiff
Lone Star Targeted Advertising, LLC

STIPULATED MOTION AND ORDER TO
EXTEND ANSWER DEADLINE
(2:19-CV-0154) – 2

Peterson Baker PS
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Tel. 206-257-3367
Fax 206-257-3371

# ORDER

Based on the foregoing, IT IS SO ORDERED that the deadlines in this case are adjusted as follows:

| *Deadline* | *Date* |
| --- | --- |
| Answer or respond to Complaint | June 19, 2019 |
| Initial Disclosures | June 19, 2019 |
| Joint Status Report | June 26, 2019 |

DATED this 29th day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

PETERSON BAKER PS

By: /s/ Tyler C. Peterson
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorneys for Defendant

STIPULATED MOTION AND ORDER TO
EXTEND ANSWER DEADLINE
(2:19-CV-0154) – 3

Peterson Baker PS
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Tel. 206-257-3367
Fax 206-257-3371