UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LONE STAR TARGETED ADVERTISING, LLC,

    Plaintiff,

v.

POINT IT! INC.,

    Defendant.

Case No. C19-154 RSM

**ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE**

THIS MATTER COMES BEFORE THE COURT for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims between Plaintiff Lone Star Targeted Advertising, LLC and Defendant Point It! Inc. in this case and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims in this suit between Plaintiff Lone Star Targeted Advertising, LLC and Defendant Point It! Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

DATED this 27th day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH
PREJUDICE- 2
Case No. 19-cv-00154-RSM